```
                                                              FILED
         UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF COLUMBIA                      SEP 2 4 2007
----------------------------------------------------------x
                                                     NANCY MAYER WHITTINGTON, CLERK
DOME PATENT L.P,                                        U.S. DISTRICT COURT

                              Plaintiff,

           - against -
                                           Case: 1:07-cv-01695
JON W. DUDAS,                              Assigned To : Friedman, Paul L.
Under Secretary of Commerce for Intellectual Property   Assign. Date : 9/24/2007
and Director of the United States Patent and Trademark  Description: General Civil
Office,

                              Defendant.

----------------------------------------------------------x-
```

CERTIFICATE OF DISCLOSURE STATEMENT 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned attorney of record for Dome Patent L.P. ("Dome") states that Dome has no parent corporation and that no publicly held corporation owns 10% or more of Dome's stock

Dated:   New York, New York
         September 24, 2007

                                     FRIED, FRANK, HARRIS, SHRIVER
                                         & JACOBSON LLP

                                     By: _____
                                         James W. Dabney
                                         Stephen S. Rabinowitz
                                         John F. Duffy
                                         Randy C. Eisensmith

                                     1001 Pennsylvania Ave, N.W.
                                     Washington, D.C. 20004
                                     (202) 639-7000

                                     Attorneys for Plaintiff
                                         Dome Patent, L.P.

2