**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DOME PATENT L.P. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1695(PLF) |
| ) | |
| JON W. DUDAS, ) | |
| Under Secretary of Commerce ) | |
| for Intellectual Property ) | |
| and Director of the United ) | |
| States Patent and ) | |
| Trademark Office ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Diane M. Sullivan as counsel for defendant in the above-captioned case.

Respectfully submitted,

___/s/_____
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4919
Washington, D.C.  20530
(202)514-7205