UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOME PATENT L.P. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1695(PLF) |
| ) | |
| JON W. DUDAS, ) | |
| Under Secretary of Commerce ) | |
| for Intellectual Property ) | |
| and Director of the United ) | |
| States Patent and ) | |
| Trademark Office ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time up to and including December 17, 2007 to file the Joint Rule 16.3 Report.

Although the parties have conferred on several occasions, counsel for the defendant had to be out of town from December 6, 2007 through December 11, 2007, which delayed the parties from finalizing the report.  This additional time will allow the parties to have the necessary time to review the draft Joint Rule 16.3 Report, to confer with clients on the final version and, in the case of the defendant, to submit it for supervisory review.

Counsel for the plaintiff consents to this request.  This request will not delay the resolution of this case.

Wherefore, it is respectfully requested that the parties

have up to and including December 17, 2007 to file a Joint Rule 16.3 Report.

                                        Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


\_\_/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205