**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
DOME PATENT L.P.                    )
                                   )
              Plaintiff,           )
                                   )
       v.                          )     Civil Action No. 07-1695(PLF)
                                   )
JON W. DUDAS,                      )
Under Secretary of Commerce        )
for Intellectual Property          )
and Director of the United         )
States Patent and                  )
Trademark Office                   )
                                   )
              Defendant.           )
                                   )
_____)
```

**NOTICE OF FILING**

The defendant notes the filing of a Certificate of Service

for defendant's Consent Motion for an Enlargement of Time.


Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205

## CERTIFICATE OF SERVICE

I hereby certify that the defendant's Notice of Filing and Certificate of Service was e-mailed to Stephen S. Rabinowitz at Stephen.Rabinowitz@friedfrank.com and mailed by First-Class Mail to James W. Dabney at Freid, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, NY 10004 on this 13th day of December, 2007.

__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
DOME PATENT L.P.              )
                             )
              Plaintiff,      )
                             )
        v.                    )      Civil Action No. 07-1695(PLF)
                             )
JON W. DUDAS,                 )
Under Secretary of Commerce   )
for Intellectual Property     )
and Director of the United    )
States Patent and             )
Trademark Office              )
                             )
              Defendant.      )
                             )
_____)
```

## CERTIFICATE OF SERVICE

I hereby certify that the defendant's Consent Motion for an Enlargement of Time was e-mailed to Stephen S. Rabinowitz at Stephen.Rabinowitz@friedfrank.com this 13th day of December, 2007 and mailed by First-Class Mail on December 12, 2007 to James W. Dabney at Freid, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, NY 10004.

```
__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205
```