UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
DOME PATENT L.P.                )
                                )
          Plaintiff,            )
                                )
     v.                         )   Civil Action No. 07-1695(PLF)
                                )
JON W. DUDAS,                   )
Under Secretary of Commerce     )
for Intellectual Property       )
and Director of the United      )
States Patent and               )
Trademark Office                )
                                )
          Defendant.            )
                                )
_____ )
```

**<u>CONSENT MOTION FOR AN ENLARGEMENT OF TIME</u>**

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for a one week enlargement of time to file a motion to stay discovery up to and including January 11, 2007.

On December 18, 2007, the Court entered an Order establishing a briefing schedule for defendant's proposed motion to stay discovery. Defendant's motion to stay discovery is presently due January 4, 2007. Counsel for the defendant will be out of th e office from December 21, 2007 through January 4, 2007 and out of the city from December 26, 2007 through January 4, 2008 on "Use or Lose" Leave. Counsel for the defendant has consulted with plaintiff's counsel who graciously consents to this short extension of time to accommodate defense counsel's schedule. Subject to the approval of the Court, the parties have

agreed to extend the present briefing schedule by one week as follows: defendant's motion to stay will be due on January 11, 2008; plaintiff's opposition will be due on January 25, 2008; and defendant's reply will be due on February 6, 2008.  This short extension of time should not unduly delay the resolution of the case.

   Wherefore, it is respectfully requested that defendant's motion for an enlargement of time be granted.  An Order consistent with this request is attached.

                        Respectfully submitted,

                        __/s/_____
                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                        United States Attorney


                        __/s/_____
                        RUDOLPH CONTRERAS, D.C. BAR # 434122
                        Assistant United States Attorney


                        __/s/_____
                        DIANE M. SULLIVAN, D. C. BAR # 12765
                        Assistant United States Attorney
                        Judiciary Center Building
                        555 Fourth Street, N.W.
                        Room E4919
                        Washington, D.C. 20530
                        (202) 514-7205

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DOME PATENT L.P.           )<br>                            )<br>        Plaintiff,    )<br>                            )<br>    v.                      )     Civil Action No. 07-1695(PLF)<br>                            )<br>JON W. DUDAS,               )<br>Under Secretary of Commerce )<br>for Intellectual Property  )<br>and Director of the United )<br>States Patent and          )<br>Trademark Office           )<br>                            )<br>        Defendant.     )<br>                            )<br>_____) | |

**ORDER**

Upon consideration of defendant's Consent Motion for an Enlargement of Time, it is this _____ day of _____, 2007 hereby

ORDERED that defendant's motion is granted.  It is

FURTHER ORDERED  that defendant's motion to stay discovery will be due on January 11, 2008; plaintiff's opposition to the motion will be due on January 25, 2008; and defendant's reply will be due on February 6, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE