UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

----------------------------------------------------------------------- x
                                                                        :
DOME PATENT L.P.,                                                       :
                                                                        :
                                                                        :    ECF Case
                                              Plaintiff,                :    Civil Action No. 07-1695 (PLF)
                                                                        :
                         v.                                             :
                                                                        :
JON W. DUDAS, Under Secretary for Intellectual                          :
Property and Director of the United States Patent                       :
and Trademark Office,                                                   :
                                                                        :
                                              Defendant.                :
                                                                        :
----------------------------------------------------------------------- x

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Randy C. Eisensmith as counsel for plaintiff in the above-captioned case.

Dated:   New York, New York
         January 15, 2008

                                        Respectfully submitted,


                                         /s/ Randy C. Eisensmith
                                        Randy C. Eisensmith, D.C. Bar #NY0084
                                        FRIED, FRANK, HARRIS, SHRIVER
                                          & JACOBSON LLP
                                        One New York Plaza
                                        New York, New York 10004-1980
                                        (212) 859-8000

                                        Attorneys for Plaintiff

562161.1