UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------------ x
:
DOME PATENT L.P., :
:
                              Plaintiff, :    Civil Action No. 07-1695 (PLF)
:
                  v. :
:
JON W. DUDAS, Under Secretary for Intellectual :
Property and Director of the United States Patent :
and Trademark Office, :
:
                            Defendant. :
:
------------------------------------------------------------------------ x

## NOTICE OF APPEARANCE

       The Clerk of the Court will please enter the appearance of Stephen S. Rabinowitz as counsel for plaintiff in the above-captioned case.

Dated:    New York, New York
             January 25, 2008

                                              Respectfully submitted,

                                                     / s /  Stephen S. Rabinowitz
                                         Stephen S. Rabinowitz, D.C. Bar #NY0085
                                         FRIED, FRANK, HARRIS, SHRIVER
                                           & JACOBSON LLP
                                         One New York Plaza
                                         New York, New York 10004-1980
                                         (212) 859-8000
                                         srabinowitz@friedfrank.com

                                         Attorneys for Plaintiff

562619.1