UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------------ x
                                                                         :
DOME PATENT L.P,                                                         :
                                                                         :
                                                                         :
                                                                         :
                                        Plaintiff,                       :        **ECF CASE**
                                                                         :
                                - v. -                                   :        Civil Action No. 07-1695 (PLF)
                                                                         :
                                                                         :
JON W. DUDAS,                                                            :
Under Secretary of Commerce for Intellectual Property                    :
and Director of the United States Patent and Trademark                   :
Office,                                                                  :
                                                                         :
                                        Defendant.                       :
                                                                         :
------------------------------------------------------------------------ x

## JOINT REPORT

This joint report is submitted pursuant to the Court's Order dated April 28, 2008. The parties conferred by telephone on May 6, 2008

On April 28, 2008 the Court entered an Order (the "April 28 Order") staying discovery in this litigation pending resolution of the defendant's dispositive motion, and ordering the parties to file a joint report proposing a schedule for the briefing of dispositive motions. On May 7, 2008, plaintiff Dome Patent L.P. filed a motion seeking reconsideration of the April 28 Order.

Accordingly, the parties propose that briefing of dispositive motions be deferred pending the Court's ruling on plaintiff's Motion for Reconsideration.

Dated: May 8, 2008

Respectfully submitted

| | |
|---|---|
|    /s/ James W. Dabney<br>JAMES W. DABNEY, D.C. BAR # NY0036<br>james.dabney@friedfrank.com<br>STEPHEN S. RABINOWITZ, D.C. BAR # NY0085<br>stephen.rabinowitz@friedfrank.com<br>JOHN F. DUFFY, D.C. BAR # 442138<br>john.duffy@friedfrank.com<br>RANDY C. EISENSMITH, D.C. BAR # NY0084<br>randy.eisensmith@friedfrank.com<br><br>FRIED, FRANK, HARRIS, SHRIVER<br>& JACOBSON LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>(202) 639-7000<br><br>One New York Plaza<br>New York, NY 10004<br>(212) 859-8000<br><br>Attorneys for Plaintiff<br>Dome Patent L.P. |    /s/ Jeffrey A. Taylor<br>JEFFREY A. TAYLOR, D.C. BAR # 498610<br>United States Attorney<br><br>   /s/ Rudolph Contreras<br>RUDOLPH CONTRERAS, D.C. BAR # 434122<br>Assistant United States Attorney<br><br>   /s/ Diane M. Sullivan<br>DIANE M. SULLIVAN, D. C. BAR # 12765<br>Assistant United States Attorney<br>Judiciary Center Building<br>555 Fourth Street, N.W.<br>Room E4919<br>Washington, D.C. 20530<br>(202) 514-7205<br><br>Counsel for Defendant<br><br>OF COUNSEL:<br>STEPHEN A. WALSH<br>Acting Solicitor<br>SHANNON M. HANSEN<br>HEATHER F. AUYANG<br>Associate Solicitors<br>United States Patent and Trademark Office |

7020636